30 A.3d 1103

Alycia LANE

v.

CBS BROADCASTING, INC., Michael Colleran and Lawrence Mendte.

Petition of CBS Broadcasting, Inc. and Michael Colleran.

No. 56 EM 2011.

Supreme Court of Pennsylvania.

Oct. 27, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of October, 2011, the Petition for Allowance of Appeal, treated as a Petition for Review, the

Petition to Supplement the Record, and the Application to File Reply are **DENIED.**